UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:04CV43

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| $35,721.00 IN UNITED STATES ) | |
| CURRENCY ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Lift Stay. Having considered the Government's motion and reviewing the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Lift Stay is **GRANTED**, and the **STAY** previously entered is **LIFTED**.

This the 17th day of October, 2008.

Thomas Selby Ellis, III
United States District Judge

1