UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:04CV43

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | JUDGMENT BY DEFAULT, |
| ) | |
| v. ) | ENTRY OF JUDGMENT, AND |
| ) | |
| $35,721.00 IN UNITED STATES ) CURRENCY ) | FINAL ORDER OF FORFEITURE |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on motion of the United States for and Order directing Judgment by Default pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a) and (b) and 18 U.S.C. § 981 and 1955. For reasons stated in the Government's Motion and no further response being necessary, the Motion is allowed.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:

1. The Government's Motion for Judgment by Default, Entry of Judgment, and Final Order of Forfeiture against the **DEFENDANT PROPERTIES**:

$35,721.00 in United States Currency

is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

2. Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

1

3. The Unites States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

This the 9th day of December, 2008.

_____
THOMAS SELBY ELLIS, III
UNITED STATES DISTRICT COURT JUDGE